IN THE CIRCUIT COURT OF GREENE COUNTY, ARKANSAS
CIVIL DIVISION

FILED
2007 OCT -5 AM 11: 24
ELLEN JOHNSON, CLERK
BY:_____D.C.

MILDRED WHEELER . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . PLAINTIFF

VS.                    NO. CIV-07-269

OCWEN LOAN SERVICING, LLC., as servicing
agent for HSBC BANK USA, N.A., as trustee for
ACE SECURITIES CORP. HOME EQUITY LOAN TRUST . . . . . DEFENDANT

### ORDER

On this 5th day of October, 2007, came on for hearing before this Court the Plaintiff's motion for a temporary injunction/restraining order, and from said motion, arguments from counsel, cited authority, and other matters, things, and proof before it, this Court grants said motion.

IT IS THEREFORE ORDERED that the Defendant Ocwen Loan Servicing, LLC., is hereby enjoined from foreclosing on and/or selling Plaintiff's home, legally described as "Lot 13 of Fox Run Addition to the City of Paragould, Arkansas as shown by a plat recorded in Plat Cabinet A at Page 34B of the Plat Records of Greene County, Arkansas." This injunction shall be in full force and effect until such time as a trial on the merits in the above-styled case is heard by a jury in this Court, at which time a permanent injunction may issue or this temporary injunction may be lifted.

IT IS SO ORDERED.

_____
CIRCUIT JUDGE

10/5/07
DATE ENTERED