**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

MILDRED WHEELER                                                                                      PLAINTIFF

v.                                               No. 3:08CV00016 JLH

OCWEN LOAN SERVICING, LLC, as
servicing agent for HSBC BANK USA, N.A.,
as trustee for ACE SECURITIES CORP.
HOME EQUITY LOAN TRUST                                                                DEFENDANT

**ORDER**

     Joel G. Hargis and Debra J. Reece have filed a motion to withdraw as counsel for the plaintiff, Mildred Wheeler. The Court hereby orders that on or before November 28, 2008, Wheeler must respond to Hargis and Reece's motion to withdraw as counsel. Her response must state whether she opposes the motion for Hargis and Reece to withdraw and, if she opposes the motion, state the reasons for her opposition. If she does not oppose the motion, she must either give notice that she intends to proceed pro se and include in that notice an address and telephone number whereby the Court and opposing counsel may communicate with her concerning this case; or she must have a new lawyer enter an appearance as plaintiff's counsel, also by November 28, 2008. If Wheeler does not comply with this order, the Court will dismiss her case without prejudice.

     The Clerk is directed to send a copy of this order to Mildred Wheeler, by certified United States mail, at the address provided in the motion filed by Hargis and Reece. *See* Document #12.

     IT IS SO ORDERED this 28th day of October, 2008.

                                                                         J. LEON HOLMES
                                                                        UNITED STATES DISTRICT JUDGE