## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

MILDRED WHEELER                                                                                          PLAINTIFF

v.                                        No. 3:08CV00016 JLH

OCWEN LOAN SERVICING, LLC, as
servicing agent for HSBC BANK USA, N.A.,
as trustee for ACE SECURITIES CORP.
HOME EQUITY LOAN TRUST                                                                          DEFENDANT

## **ORDER**

Presently before the Court is defendant's Motion to Extend Deadlines in which a continuance of the trial date is also requested. Docket #18. Good cause having been shown, the motion will be granted, and the trial of this matter previously set for February 9, 2009, in Jonesboro, Arkansas, is removed from the Court's docket. A new trial date and scheduling deadlines will be set by separate order.

IT IS SO ORDERED this 19th day of November, 2008.

*/s/ J. Leon Holmes*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE