# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

MILDRED WHEELER                                                      PLAINTIFF

v.                          NO. 3:08CV00016 JLH

OCWEN LOAN SERVICING, LLC                              DEFENDANT

## ORDER

On February 10, 2009, Court convened for a status conference in Jonesboro, Arkansas. Counsel for plaintiff advised that Ms. Wheeler was hospitalized at that time and unable to attend the hearing. The Court has subsequently been informed that this matter would be resolved by motion. To date, no motions have been filed. The parties are directed to submit a report to the Court by *MAY 12, 2009*, indicating the status of the case.

IT IS SO ORDERED this 28th day of April, 2009.

*/s/ J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE