**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

MILDRED WHEELER                                                                                      PLAINTIFF

v.                                              NO. 3:08CV00016 JLH

OCWEN LOAN SERVICING, LLC                                                                DEFENDANT

**ORDER**

The parties submitted a joint status report on this date, and requested an additional thirty (30) days to continue settlement discussions. The request is granted. The parties are directed to submit a revised report to the Court by *JUNE 12, 2009,* indicating the status of the case. If no settlement is attained by that date, this matter will be placed back on the Court's trial docket.

IT IS SO ORDERED this 12th day of May, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE